UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | DOCKET NO: 3:14-CR-82-ROC |
| V. ) | |
| WENDY SIMONE WELLINGTON- ) | ORDER |
| HEATH; JINNY JAY PANG ) | |
| MARTINEZ; and CARLOS PERKINS) | |

This matter is before the Court on its own Motion to administratively close the case as to **WENDY SIMONE WELLINGTON-HEATH; JINNY JAY PANG MARTINEZ; and CARLOS PERKINS.** The defendants appears to remain a fugitive with no activity taking place in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: November 16, 2022

FILED
CHARLOTTE, NC

NOV 16 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

Robert J. Conrad,
U.S. District Judge